In The
 Court of Appeals
 Seventh District of Texas at Amarillo

 ________________________

 No. 07-12-0353-CR
 ________________________
 
 JONATHAN DWAYNE HILLYER, APPELLANT

 V.

 THE STATE OF TEXAS, APPELLEE
 

 On Appeal from the 251st District Court
 Randall County, Texas
 Trial Court No. 23361-C, Honorable Ana Estevez, Presiding 

 
 March 8, 2013
 
 ON MOTION TO DISMISS
 
 Before Quinn, C.J., and Hancock and Pirtle, JJ.
 
Appellant, Jonathan Dwayne Hillyer, filed Notice of Appeal seeking appeal of a judgment convicting him of the offense of evading detention, and sentence of three years confinement in the Institutional Division of the Texas Department of Criminal Justice, suspended for a period of four years. Appellant's counsel filed a Motion to Dismiss Appeal on March 4, 2013.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at appellants request, no motion for rehearing will be entertained and our mandate will issue forthwith.

 Mackey K. Hancock
 Justice
Do not publish.